UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RICHARD PRENDEZ, JR.,

    Petitioner,

v.

SUPERIOR COURT OF CALIFORNIA, RIVERSIDE, et al.,

    Respondents.

NO. EDCV 21-01970 MCS (KS)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Second Amended Petition is DISMISSED as untimely; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: March 22, 2022

                                                                MARK C. SCARSI
                                                  UNITED STATES DISTRICT JUDGE