JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD PRENDEZ, JR., ) NO. EDCV 21-01970 MCS (KS)
    Petitioner, )
    v. ) JUDGMENT
SUPERIOR COURT OF )
CALIFORNIA, RIVERSIDE, et al., )
    Respondents. )

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 22, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE